IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARDOCHE OLIVIER,

   Appellant,

              Case No. 5D22-281

 v.             LT Case No. 2021-CT-043478-A

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed July 19, 2022

Appeal from the County Court
for Brevard County,
Aaron Peacock, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

  AFFIRMED.


LAMBERT, C.J., EVANDER and COHEN, JJ., concur.